**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000527
16-OCT-2024
08:00 AM
Dkt. 16 OAWST**

NO. CAAP-24-0000527

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ADRIAN P. REIFSNYDER, Petitioner-Appellee, v.
ADMINISTRATIVE DIRECTOR OF THE COURTS, Respondent-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DAA-23-00009)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal (Stipulation), filed August 23, 2024, by Respondent-Appellant Administrative Director of the Courts, the papers in support, and the record, it appears that (1) under Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(a), the parties stipulate to dismiss the appeal; (2) the Stipulation is signed by counsel for all parties; (3) the district court clerk subsequently docketed the appeal; and (4) dismissal is authorized by HRAP Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 16, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge